1  NIALL E. LYNCH (State Bar No. 157959)
   NATHANAEL M. COUSINS (State Bar No. 177944)
2  MAY LEE HEYE (State Bar No. 209366)
   BRIGID S. MARTIN (State Bar No. 231705)
3  CHARLES P. REICHMANN (State Bar No. 206699)
   E. KATE PATCHEN (N.Y. Reg. 41204634)
4  Antitrust Division
   U.S. Department of Justice
5  450 Golden Gate Avenue
   Box 36046, Room 10-0101
6  San Francisco, California 94102
   Telephone (415) 436-6660
7
   Attorneys for the United States of America
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )    No. CR 06-0692 PJH
                                     )
13            Plaintiff,             )
                                     )    STIPULATION AND [PROPOSED]
14        v.                         )    ORDER IN RESPONSE TO DEFENDANT
                                     )    GARY SWANSON'S MOTION FOR BILL
15  IL UNG KIM, et al.,              )    OF PARTICULARS
                                     )
16            Defendants.            )
                                     )
17  ─────────────────────────────────)

18        The parties stipulate as follows:

19        On February 7, 2007, Gary Swanson ("defendant") and his counsel, John J. Bartko, Bill

20  Edlund and John F. McLean, and the United States Department of Justice, represented by Niall

21  E. Lynch and E. Kate Patchen, appeared before the Honorable Judge Phyllis J. Hamilton on a

22  motion for bill of particulars filed by the defendant. The Court continued the motion to allow the

23  parties an opportunity to meet and confer regarding a possible negotiated resolution of the

24  motion. After meeting and conferring, the defendant and the government have agreed to the

25  following terms and conditions:

26        1.    The government will, by March 14, 2007, provide defendant with a description for

27              the boxes of documents that do not currently contain a description on the log

28              provided to the defendant by the government on December 13, 2006.

2.  The government will provide defendant with a witness list and exhibit list at least 60 days prior to trial. This will not include summaries pursuant to Federal Rule of Evidence 1006, which will be provided on the date required in the Court's pretrial order.

3.  Upon request, the government will provide technical assistance and use reasonable efforts to help the defendant load, OCR, and search the electronic discovery produced by the government.

4.  The government hereby files with this stipulated Order a redacted summary of the government's current theory of the case and essential facts as to defendant. The summary describes defendant's knowledge of and participation in the conspiracy charged in the Indictment. In addition, the summary addresses the means and methods specifically employed by defendant to further the goals of the conspiracy, and includes the names of some of the most significant witnesses.

5.  The parties stipulate that ten (10) days before trial the summary shall constitute a bill of particulars in the above-captioned matter pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure. The government may amend the bill of particulars subject to such conditions as justice requires.

///
///
///
///
///
///
///
///
///
///
///

2

1   DATED: February 28, 2007                    Respectfully submitted,

2

3   GARY SWANSON                                U.S. DEPARTMENT OF JUSTICE

4

5   BY: _____          BY: _____
       John McLean, Esq., CA No. 77914           Niall E. Lynch, CA No. 157959
6      Law Offices of John McLean                Nathanael M. Cousins, CA No. 177944
       45 Seafirth Road                          May Lee Heye, CA No. 209366
7      Tiburon, CA 94920                         Brigid S. Martin, CA No. 231705
       Tel: 415/435-6367                         Charles P. Reichmann, CA No. 206699
8      Fax: 415/789-0159                         E. Kate Patchen, N.Y. Reg. 41204634
                                                 Trial Attorneys
9                                                U.S. Department of Justice
       John J. Bartko, Esq., CA No. 37372        Antitrust Division
10     William I. Edlund, Esq., CA No. 25013     450 Golden Gate Avenue
       Bartko, Zankel, Tarrant & Miller          Box 36046, Rm. 10-0101
11     900 Front Street, Suite 300               San Francisco, CA 94102
       San Francisco, CA 94111                   Tel: 415/436-6660
12     Tel: 415/956-1900                         Fax: 415/436-6687
       Fax: 415/956-1152
13

14

15

16   PURSUANT TO STIPULATION, IT IS SO ORDERED:

17

18   Dated: _____          _____
                                              United States District Court Judge
19

20

21

22

23

24

25

26

27

28

1   DATED: February 28, 2007                    Respectfully submitted,

2

3   GARY SWANSON                                U.S. DEPARTMENT OF JUSTICE

4

5   BY:                                   BY:
        John McLean, Esq., CA No. 77914          Niall E. Lynch, CA No. 157959
6       Law Offices of John McLean              Nathanael M. Cousins, CA No. 177944
        45 Seafirth Road                         May Lee Heye, CA No. 209366
7       Tiburon, CA 94920                        Brigid S. Martin, CA No. 231705
        Tel: 415/435-6367                        Charles P. Reichmann, CA No. 206699
8       Fax: 415/789-0159                        E. Kate Patchen, N.Y. Reg. 41204634
                                                 Trial Attorneys
9                                                U.S. Department of Justice
        John J. Bartko, Esq., CA No. 37372       Antitrust Division
10      William I. Edlund, Esq., CA No. 25013    450 Golden Gate Avenue
        Bartko, Zankel, Tarrant & Miller         Box 36046, Rm. 10-0101
11      900 Front Street, Suite 300              San Francisco, CA 94102
        San Francisco, CA 94111                  Tel: 415/436-6660
12      Tel: 415/956-1900                        Fax: 415/436-6687
        Fax: 415/956-1152

13

14

15

16   PURSUANT TO STIPULATION, IT IS SO ORDERED:

17

18   Dated: 3/1/07

19                                          United States District Court

20                                          IT IS SO ORDERED

21

22                                          Judge Phyllis J. Hamilton

23

24

25

26

27

28