John J. Bartko, State Bar No. 37372
William I. Edlund, State Bar No. 25013
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

John F. McLean, State Bar No. 55914
LAW OFFICE OF JOHN F. McLEAN
45 Seafirth Road
Tiburon, California 94920
Telephone: (415) 435-6367
Facsimile: (415) 789-0159

Attorneys for Defendant,
GARY SWANSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IL UNG KIM;<br>YOUNG BAE RHA; and<br>GARY SWANSON,<br><br>Defendant. | No. CR-06-0692 PJH<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER PERMITTING DEFENDANT**<br>**GARY SWANSON'S WAIVER OF**<br>**SPEEDY TRIAL ACT** |

[PROPOSED] ORDER GRANTING
DEF. SWANSON'S WAIVER OF SPEEDY TRIAL ACT
Case No. CR-06-0692 PJH

2087.000/328000.1

BARTKOZANKEL
Robert Zankel Attorneys at Law & Members Inc. of Counsel
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0692 PJH |
| Plaintiff, | ) ) ) | **ORDER PERMITTING DEFENDANT GARY SWANSON'S WAIVER OF SPEEDY TRIAL ACT** |
| v. | ) ) ) | |
| IL UNG KIM; YOUNG BAE RHA; and GARY SWANSON, | ) ) ) ) | |
| Defendant. | ) ) ) | |

Defendant Gary Swanson was indicted on October18, 2006, and arraigned on November 29, 2006. At hearings before this Court, Mr. Swanson has agreed to exclude time from the calculations required by the Speedy Trial Act (18 U.S.C. 3161), even though such exclusions were objected to by co-defendant, I.U. Kim. Mr. Kim has now pled guilty to the charges in the indictment against him. Therefore, Mr. Swanson now formally waives his rights under the Speedy Trial Act for the following reasons: (1.) The complexity of the case, the nature of the prosecution and the existence of novel questions of fact and law make it unreasonable to expect adequate preparation for pretrial proceedings within the time limits established by the Speedy Trial Act. (2.) The discovery in this case is voluminous and includes over 19 million pages of documents. Given the large volume of discovery, counsel needs additional time for effective preparation, taking into account the exercise of due diligence. (3.) There are several corporate co-conspirators and individual co-conspirators-potential witnesses that reside outside the United States. Defendant Swanson anticipates the need to seek discovery from these co-conspirators and may need to take depositions outside the United States to secure their testimony because they may not be compelled

-1-

1   to appear at trial.  Defendant Swanson also anticipates issuing subpoenae duces tecum to third

2   parties, adding additional complexity to the this proceeding.  *See* 18 U.S.C. §3161(h)(8)(a), (B)(ii)

3   and (B)(iv).

4   Respectfully submitted by stipulation of the parties.

5   May 14, 2007.

6   GARY SWANSON                                      U.S. DEPARTMENT OF JUSTICE

7

8   BY: _____           By: _____
    John F. McLean, Esq., CA No. 77914              Niall E. Lynch  (Bar No 157959)
9   Law Offices of John F. McLean                   Nathanael M. Cousins (Bar No 177944)
    45 Seafirth Road                                May Lee Heye (Bar No 209366)
10  Tiburon, CA 94920                               Brigid S. Martin (Bar No 231705)
    Tel: (415) 435-5608                             Charles P. Reichmann (Bar No 206699)
    Fax: (415) 789-0159                             E. Kate Patchen (NY Reg. 41204634)
11                                                  Antitrust Division
    John J. Bartko, Esq. CA No. 37372               U.S. Department of Justice
12  William I. Edlund, Esq. CA No 25103             450 Golden Gate Avenue
    Bartko Zankel Tarrant & Miller                  Box 36046, Room 10-0101
13  900 Front Street, Suite 300                     San Francisco, CA 94102
    San Francisco, CA 94111                         Tel: (415) 436-6660
14  Tel: (415) 956-1900
    Fax: (415) 956-1152
15

16

17

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19  DATED:  May 15, 2007

20

21                                                  _____
                                                    United States District Judge
22

23

24                        Judge Phyllis J. Hamilton

25

26

27

28

-2-

ORDER GRANTING DEF. SWANSON'S
WAIVER OF SPEEDY TRIAL ACT
Case No. CR-06-0692 PJH