PETER D. KEISLER
JEANNE E. DAVIDSON
PATRICIA McCARTHY
MICHAEL D. PANZERA, Washington State Bar No. 31088
U.S. Department of Justice
1100 L Street, NW  Room 4042
Washington, D.C. 20530
Telephone: (202) 305-7587

Attorneys for the Department of Commerce

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, | No. CR 06-0692 PJH |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER** |
| IL UNG KIM, YOUNG BAE RHA, and GARY SWANSON, | Hearing Noticed for July 25, 2007, 2:30 p.m. before the Hon. Phyllis J. Hamilton |
| Defendants. | |

### JOINT STIPULATION

Whereas defendant Gary Swanson served a subpoena <u>duces tecum</u> for certain documents upon the United States Department of Commerce ("Commerce") on May 23, 2007.

Whereas Commerce filed a motion to quash the subpoena directed to it on June 15, 2007.

Now Therefore Commerce and Mr. Swanson hereby stipulate and agree as follows:

1. Mr. Swanson shall submit a completed order form to Commerce and payment for the official public administrative record of the proceedings before, and determination by, Commerce in the countervailing duty investigation in <u>Dynamic Random Access Memory Semiconductors from the Republic of Korea</u>, Case No. C-580-851.

1  2. Upon receipt of payment, Commerce shall provide the official public
2  administrative record identified in paragraph 1. <u>See</u> Declaration of Program Manager, Office of
3  Antidumping & Countervailing Duty Compliance, Attachment A.
4  3. Upon the delivery of the official public administrative record identified in
5  paragraph 1, the subpoena shall be deemed satisfied and the motion to quash shall be moot.
6  4. Nothing in this stipulation shall be construed as an admission that the information
7  requested in the subpoena would be relevant to the above-captioned case, admissible in the
8  above-captioned case, or otherwise meets the common-law requirements of specificity and
9  necessity to warrant enforcement of the subpoena. Furthermore, nothing in this stipulation shall
10 be construed as an admission that Mr. Swanson would be entitled to any confidential information
11 in the administrative record.
12 5. The undersigned counsel are authorized by their respective clients to enter into
13 this stipulation.
14 [continued on next page]

6. This document constitutes a complete integration of the stipulation between Commerce and Mr. Swanson only, and supercedes any and all prior oral or written representations, understandings or agreements between them.

AGREED:

|  |  |
|---|---|
|  | PETER D. KEISLER<br>Assistant Attorney General |
|  | JEANNE E. DAVIDSON<br>Director |
|  | PATRICIA M. McCARTHY<br>Assistant Director |
| *signature*<br>JOHN F. McLEAN, ESQ.<br>Law office of John F. McLean<br>45 Seafirth Road<br>Tiburon, CA 94920<br><br>and<br><br>Bartko, Zankel, Tarrant & Miller<br><br>Tel: (415) 435-6367 | *signature*<br>MICHAEL D. PANZERA<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>Attn: Class. Unit - 8th Floor<br>1100 L St., N.W.,<br>Washington, D.C. 20530<br><br>Tel.: (202)305-7587<br>Fax: (202) 353-7988 |
| Attorneys for Defendant Gary Swanson | Attorneys for the Department of Commerce |
| Dated: July 10, 2007 | Dated: July 10, 2007 |

IT IS SO ORDERED

Dated July 12, 2007

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*