NIALL E. LYNCH (State Bar No. 157959)
NATHANAEL M. COUSINS (State Bar No. 177944)
MAY LEE HEYE (State Bar No. 209366)
BRIGID S. MARTIN (State Bar No. 231705)
CHARLES P. REICHMANN (State Bar No. 206699)
E. KATE PATCHEN (N.Y. Reg. 41204634)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone (415) 436-6660

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0692 PJH |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| GARY SWANSON, ) | |
| Defendant. ) | |

The parties stipulate as follows:

On November 7 and 8, 2007, counsel for Gary Swanson, John J. Bartko, Robert H. Bunzel and John F. McLean, and the United States Department of Justice, represented by Niall E. Lynch, Nathanel Cousins, E. Kate Patchen, and Charles P. Reichmann, appeared before Judge Phyllis J. Hamilton for a Pretrial Hearing. The Defendant filed several pretrial motions including Defendant's Motion *In Limine* No. 1 to Exclude Evidence (1) that Defendant Gary Swanson Participated in or Joined an Alleged Conspiracy Before April 1, 2001 and (2) any Evidence Related to an Alleged Conspiracy Prior to April 1, 1999. The Defendant also filed a Declaration of Robert H. Bunzel Regarding Time Required to Review Documents 1997-2000, which described the volume of documents the Defendant's counsel would need to review if the Court

ORDER EXCLUDING TIME
UNDER SPEEDY TRIAL ACT

denied their motion, and the amount of additional time counsel would need to review these materials. The Court denied the Defendant's motion but agreed to continue the trial date for two and a half months to allow the Defendant sufficient time to review the evidence he sought to exclude in his motion. The Court rescheduled the trial date from November 26, 2007 to February 4, 2008.

Counsel for Swanson and the government requested an exclusion of time under the Speedy Trial Act, from November 26, 2007 to February 4, 2008. The Court has agreed with the parties and ordered the exclusion of time under the Speedy Trial Act from November 26, 2007 to February 4, 2008 based on the following reasons:

1. The discovery in this case is voluminous and includes millions of pages of documents and 280 gigabits of electronic discovery. In the Declaration of Robert H. Bunzel, the Defendant's counsel has specifically stated that they will need an additional two and a half months to review the relevant portions of the discovery. Given the large volume of discovery, failure to exclude time would unreasonably deny counsel for Defendant Swanson reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(A) and (B)(ii) and B(iv).

The Court finds that the failure to grant the requested continuance would unreasonably deny counsel for Defendant Swanson reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice would be served by excluding the proposed time period under the Speedy Trial Act. These ends outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

For the reasons stated, the Court finds that the time period from November 26, 2007 to February 4, 2008 should be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

///

DATED: January 3, 2008                    Respectfully submitted,

GARY SWANSON                              U.S. DEPARTMENT OF JUSTICE

By: /s/                                   By: /s/
John J. Bartko                            Niall E. Lynch
Robert H. Bunzel                          Nathanael M. Cousins
William I. Edlund                         May Lee Heye
Bartko, Zankel, Tarrant & Miller          Charles P. Reichmann
A Professional Corporation                E. Kate Patchen
                                          Trial Attorneys
John F. McLean                            U.S. Department of Justice
Law Office of John F. McLean              Antitrust Division

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: January 8, 2008



IT IS SO ORDERED
Judge Phyllis J. Hamilton

ORDER EXCLUDING TIME
UNDER SPEEDY TRIAL ACT