John J. Bartko, State Bar No. 37372
Robert H. Bunzel, State Bar No. 99395
William I. Edlund, State Bar No. 25013
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

John F. McLean, State Bar No. 55914
LAW OFFICE OF JOHN F. McLEAN
45 Seafirth Road
Tiburon, California 94920
Telephone: (415) 435-6367
Facsimile: (415) 789-0159

Attorneys for Defendant
GARY SWANSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GARY SWANSON,<br><br>　　　　Defendant. | No. CR-06-0692 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING CERTAIN EQUIPMENT FOR TRIAL**<br><br>Pre-Trial Date:　January 16, 2008<br>Time:　　　　　1:30 p.m.<br>Courtroom:　　3, 17th Floor<br>Judge:　　　　Hon. Phyllis J. Hamilton<br><br>Trial Date:　　February 4, 2008 |

　　　　WHEREAS, the United States and defendant Gary Swanson have conferred and agreed on electronic and other equipment for use and/or shared use at trial, and seek this Court's Order allowing such equipment to be brought into the courthouse.

The parties stipulate to the following equipment for use at trial:

A. <u>Government Equipment</u> (to be shared with the Court and defense):

1. 42" LCD plasma on rolling stand.
2. Da-Lite InstaTheatre Deluxe SP-100 (screen).
3. Sanyo PCXT16 Projector with cords and cables to both the DOJ and the Defense.
4. Extron MX 88 VGA KVM Switch with 8 inputs and 8 outputs; with power cords and cables to the DOJ, the Defense and to the Judge.
5. Flat Panel Monitor for the Judge and Court Reporter
6. ALTINEX DA19175X Kill Switch for the Judge
7. ELMO EV-200 and cables
8. Stand for the projector and KVM switch.
9. M-Audio DX4 Speakers and Audio Hub (with cables to defendant's laptop).

<u>Additional Government Equipment:</u>

10. PC computer and backup
11. Laptop computer
12. Two monitors
13. Power cords and cables
14. Two easels
15. Gaffer tape

B. <u>Additional Defense Equipment:</u>

16. Three laptop computers
17. One Printer
18. Audio/Video Cables and Power supply equipment

-2-

2087.000/357668.1                                      STIPULATION AND [PROPOSED] ORDER ALLOWING
                                                       CERTAIN EQUIPMENT FOR TRIAL
                                                       No. CR-06-0692 PJH

19. Two Flat Panel Monitors and cables

20. Mini Audio Jack

21. Gaffer Tape

22. Two Easels

IT IS SO STIPULATED:

| U. S. Department of Justice<br>Antitrust Division | Bartko, Zankel, Tarrant & Miller<br>A Professional Corporation |
|---|---|
| | and |
| | Law office of John F. McLean |

By: /s/ Nathanael Cousins
    Nathanael Cousins, Esq.
    U.S. Department of Justice
    Antitrust Division

By: /s/ Robert H. Bunzel
    Robert H. Bunzel
    Attorneys for Defendant
    GARY SWANSON

Dated: January 29, 2008

Dated: January 29, 2008

IT IS HEREBY ORDERED that parties and counsel can arrange for delivery of the above-listed equipment to Courtroom 3 of the Honorable Phyllis J. Hamilton, and may use the federal building delivery dock for the delivery and retrieval of this equipment. This Order shall be in effect from Friday February 1, 2008 to the conclusion of trial.

DATED: January 30, 2008

IT IS SO ORDERED
Judge Phyllis J. Hamilton

-3-